**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE UBERTI,

    Plaintiff,

v.

SONOMA COUNTY BOARD OF SUPERVISORS and SONOMA COUNTY AUDITORY-CONTROLLER-TREASURER-TAX COLLECTOR,

    Defendants.

No. C 19-02338 WHA

**ORDER DEEMING CASES UNRELATED AND DENYING MOTION TO APPEAR BY TELEPHONE**

The Court has reviewed *pro se* plaintiff's motion to consider whether the action currently pending before Judge Donna Ryu, Case No. C 19-04025, is related to the instant action (Dkt. No. 15). This order declines to deem the cases related. Under Civil Local Rule 3-12, actions are considered related where (1) they "concern substantially the same parties, property, transaction or event"; and (2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, a short order dated June 10 adopted Judge Sallie Kim's report and recommendation, which remanded the instant action back to state court for lack of timely removal. As such, there is no likelihood of " unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Plaintiff's request to appear by telephone for a hearing on the instant motion (Dkt. No. 16) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 8, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE