IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE UBERTI,

    Plaintiff,

v.

SONOMA COUNTY BOARD OF SUPERVISORS, et al.,

    Defendants.

No. C 19-04025 WHA

**ORDER DENYING MOTION TO ATTEND BY TELEPHONE**

The telephone in the courtroom is not set up for call-ins for hearings. What usually happens is that the person on the phone cannot hear well enough and won't stop talking when we try to interrupt.

Plaintiff was denied IFP. Plaintiff can afford to travel to and from Santa Rosa and the courthouse for the case he himself put in motion against nineteen defendants. He can, at a minimum, use public transport. The Court finds, based on the denial of IFP, that he does have funds to travel by public transport or, at least the record is inadequate to show otherwise.

The motion to appear by telephone is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE