UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE CHRISTOPHER UBERTI,

        Plaintiff,

    v.

VALERIE BROWN, SUSAN GORIN, MICHAEL KERNS, DAVID RABBITT, TIMOTHY SMITH, SHIRLEE ZANE, PAUL KELLEY, MICHAEL MCGUIRE, JAMES GORE, MICHAEL REILLY, EFREN CARRILLO, LYNDA HOPKINS, RODNEY DOLE, DONNA DUNK, DAVID SUNDSTROM, ERICK ROESER, ROBERT BOITANO, PAMELA TORILATT, and JONATHAN KADLEC,

        Defendants.

No. C 19-04025 WHA

**JUDGMENT**

---

    For the reasons stated in the accompanying order dismissing this action with prejudice, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Valerie Brown, Susan Gorin, Michael Kerns, David Rabbitt, Timothy Smith, Shirlee Zane, Paul Kelley, Michael McGuire, James Gore, Michael Reilly, Efren Carrillo, Lynda Hopkins, Rodney Dole, Donna Dunk, David Sundstrom, Erick Roeser, Robert Boitano, Pamela Torilatt, and Jonathan Kadlec, and against plaintiff George Christopher Uberti. The Clerk shall **CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: February 21, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE